UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Yun CHEN,
    A72 183 172

           Plaintiff,                    Civil No. 1:07-cv-03120-DC

    -against-

Michael CHERTOFF,
Secretary, Department of Homeland Security,
*et. al*

           Defendants.
-----------------------------------------------------------X

## **PROOF OF SERVICE OF COMPLAINT AND SUMMONS**

      In accordance with Federal Rule of Civil Procedure 4(e), the attached documents demonstrate that service of the Complaint and Summons upon all Defendants to this action was completed on April 23, 2007.

Dated:    New York, New York
             April 25, 2007

                            Respectfully submitted,

                            _____
                            Joshua Bardavid, Esq.
                            Counsel for Petitioner

                            401 Broadway, 22nd Floor
                            New York, New York 10013
                            Phone: (212) 219-3244
                            Fax: (212) 219-3235
                            Email: Josh@Bardavidlaw.com

%AO 440 (Rev 8/01) Summons In a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Yun CHEN

v.

Michael CHERTOFF et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 3120

JUDGE CHIN

TO: (Name and address of Defendant)

    OFFICE OF THE UNITED STATES' ATTORNEY
    86 Chambers Street, 3rd Floor
    New York, New York 10007

**YOU** ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Law Office of Joshua E. Bardavid
    Counsel for Petitioner
    401 Broadway, 22nd Floor
    New York, New York 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. **Any** answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK    _Marcos Quintero_    DATE  APR 1 8 2007

(By) DEPUTY CLERK

%AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ~~4/25/2007~~ 4/23/2007 |
| NAME OF SERVER *(PRINT)* Joshua Bardavid, Esq | TITLE Attorney for Petitioner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Federal Express (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  Federal Express | TOTAL  **$9.41** |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ~~4/23/2007~~ 4/25/2007
             *Date*                              *Signature of Server*

401 Broadway, 22nd Floor, NY NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 26, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790230140182.**

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 86 CHAMBERS ST<br>New York, NY 10007 |
| Signed for by: | R.LYNCH | Delivery date: | Apr 23, 2007 08:30 |
| Service type: | Express Saver Envelope | | |

*[Signature: LYNCH, R.]*

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 790230140182 | Ship date: | Apr 20, 2007 |
| | | Weight: | 0.5 lbs. |

**Recipient:**  
Southern District of New York  
Office of US Attorney  
86 Chambers Street  
3rd Floor  
New York, NY 10007 US  
**Reference**

**Shipper:**  
Joshua Bardavid  
Joshua E. Bardavid, Esq.  
401 Broadway, 22nd Floor  
New York, NY 10013 US

SUMMONS AND COMPLAINT

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Yun CHEN

**SUMMONS IN A CIVIL ACTION**

V.
Michael CHERTOFF et al

CASE NUMBER: 07 CV 3120

JUDGE CHIN

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General of the United States
United States Department of Justice
10th St. & Constitution Avenue, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Joshua E. Bardavid
Counsel for Petitioner
401 Broadway, 22nd Floor
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  APR 1 8 2007

CLERK                                               DATE

_Marcos Quintero_

(By) DEPUTY CLERK

✏AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ~~4/25/2007~~ 4/23/2007 |
| NAME OF SERVER *(PRINT)* Joshua Bardavid, Esq | TITLE Attorney for Petitioner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Federal Express (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  Federal Express | TOTAL  $9.41 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ~~4/23/2007~~ 4/25/2007
              Date

Signature of Server

401 Broadway, 22nd Floor, NY NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 26, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791673780344.**

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 3370 V ST<br>Washington, DC 20530 |
| **Signed for by:** | A.FRAZIER | **Delivery date:** | Apr 23, 2007 09:40 |
| **Service type:** | Express Saver Envelope | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number** | 791673780344 | **Ship date:** | Apr 20, 2007 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**  
Alberto Gonzales  
Attorney General of the US  
United States Department of Justice  
10 Street & Constitutiuon Ave, NW  
Washington, DC 20530 US  
**Reference**

**Shipper:**  
Joshua Bardavid  
Joshua E. Bardavid, Esq.  
401 Broadway, 22nd Floor  
New York. NY 10013 US

SUMMONS AND COMPLAINT

Thank you for choosing FedEx Express

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Yun CHEN

V.

Michael CHERTOFF et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 3120**

**JUDGE CHIN**

TO: (Name and address of Defendant)

Michael Chertoff, Secretary Department of Homeland Security
Nebraska Avenue Center, NW
Washington, D.C. 20508

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Joshua E. Bardavid
Counsel for Petitioner
401 Broadway, 22nd Floor
New York, New York 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 1 8 2007

J. MICHAEL McMAHON

CLERK                                                    DATE

_Marcos Quintero_

(By) DEPUTY CLERK

⚠AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ~~4/25/2007~~ 4/23/2007 |
| NAME OF SERVER *(PRINT)* Joshua Bardavid, Esq | TITLE Attorney for Petitioner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
  Federal Express (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Federal Express | TOTAL $9.41 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/2007 / ~~4/23/2007~~
          Date            Signature of Server

          401 Broadway, 22nd Floor. NY NY 10013
          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 26, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798656922901**

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 245 MURRAY DR SW Washington, DC 20528 |
| **Signed for by:** | M.CALLOWAY | **Delivery date:** | Apr 23, 2007 10:18 |
| **Service type:** | Express Saver Envelope | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number** | 798656922901 | **Ship date:** | Apr 20, 2007 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**  
Michael Chertoff  
DHS -- HQ, Washington DC  
Secretary, DHS  
3801 Nebraska Avenue, NW  
Washington, DC 20528 US  
**Reference**

**Shipper:**  
Joshua Bardavid  
Joshua E. Bardavid, Esq.  
401 Broadway, 22nd Floor  
New York. NY 10013 US

SUMMONS AND COMPLAINT

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Yun CHEN

**SUMMONS IN A CIVIL ACTION**

V.

Michael CHERTOFF et al

CASE NUMBER:

**07 CV 3120**

**JUDGE CHIN**

TO: (Name and address of Defendant)

Mary Ann Gantner
USCIS
26 Federal Plaza
New York, New York 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Joshua E. Bardavid
Counsel for Petitioner
401 Broadway, 22nd Floor
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 1 8 2007

CLERK

(By) DEPUTY CLERK                                     DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  ~~4/25/2007~~  4/23/2007 |
| NAME OF SERVER *(PRINT)*<br>Joshua Bardavid, Esq | TITLE<br>Attorney for Petitioner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Federal Express (see attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES    Federal Express | TOTAL   $9.41 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ~~4/23/2007~~  4/25/2007
          *Date*          *Signature of Server*

                  401 Broadway, 22nd Floor, NY NY 10013
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 26, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791673793506.**

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 26 FEDERAL PLZ 5 New York, NY 10278 |
| **Signed for by:** | S.RIVERA | **Delivery date:** | Apr 23, 2007 10:18 |
| **Service type:** | Express Saver Envelope | | |

*S.Rivera* (signature)

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 791673793506 | **Ship date:** | Apr 20, 2007 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**  
Mary Ann Gantner  
USCIS, District Director  
26 Federal Plaza  
New York, NY 10278 US  

**Shipper:**  
Joshua Bardavid  
Joshua E. Bardavid, Esq.  
401 Broadway, 22nd Floor  
New York, NY 10013 US  

**Reference**                SUMMONS AND COMPLAINT

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

## **AFFIRMATION OF SERVICE**

Joshua E. Bardavid, being an attorney duly admitted to the practice of law in the States of New York and in the courts of the United States does hereby affirm under penalties of perjury and pursuant to New York CPLR 2106 that the following is true:

On April 25, 2007, I placed a true copy of the attached documents in a secure envelope and mailed the same via U.S. Postal Service, postage pre-paid, to:

>U.S. Attorney's Office
>for the Southern District
>86 Chambers Street, 3rd Floor
>New York, NY 10007
>
>Alberto Gonzales, Attorney General of the United States
>United States Department of Justice
>10th St. & Constitution Avenue, NW
>Washington, D.C. 20530
>
>Mary Ann Gantner, District Director
>26 Federal Plaza 8th Floor, Room 800
>New York City, NY 10278

          Michael Chertoff, Secretary
          Department of Homeland Security
          Nebraska Avenue Center, NW
          Washington, D.C. 20508

Dated:     New York, New York
          April 25, 2007

          _____
          Joshua Bardavid, Esq.
          Counsel for Petitioner

          401 Broadway, 22nd Floor
          New York, New York 10013
          Phone: (212) 219-3244
          Fax: (212) 219-3235