MICHAEL J. GARCIA
United States Attorney
By:   MICHAEL C. JAMES
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2679

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

YUN CHEN,

                        Plaintiff,

       - v. -

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
MARY ANN GANTNER, District Director, U.S. Citizenship and
Immigration Services, New York City District, ALBERTO
GONZALES, Attorney General of the United States, UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,

                        Defendants.
------------------------------------------------------------------------x

STIPULATION
AND ORDER

07 Civ. 3120 (DC)

      IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendants' time to answer, move with respect to, or otherwise respond to the above-referenced complaint be, and hereby is, extended to Tuesday, August 21, 2007.

Dated:  New York, New York
         June 13, 2007

By: _____
JOSHUA ELLIOT BARDAVID, ESQ.
Attorney for Plaintiff
Law Office of Joshua Bardavid
401 Broadway, 22nd floor
New York, NY 10013
Telephone: (212) 219-3244

Dated:  New York, New York
         June 19, 2007

MICHAEL J. GARCIA
United States Attorney
Attorney for Defendant

By: _____
MICHAEL C. JAMES
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2679

SO ORDERED:

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE
6/22/07